**MAYER BROWN LLP**
DALE J. GIALI (SBN 150382)
*dgiali@mayerbrown.com*
KERI E. BORDERS (SBN 194015)
*kborders@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

**DECHERT LLP**
HOPE FREIWALD (*pro hac vice*)
*hope.freiwald@dechert.com*
2929 Arch Street,
Philadelphia, PA 19104-2808
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
MARK CHEFFO (*pro hac vice*)
*mark.cheffo@dechert.com*
1095 Avenue of the Americas,
New York, NY, 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 994-3599

Attorneys for Defendant PLUM, PBC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| AG; HG; and XG, individually and represented by their mother and *guardian ad litem* VALENCIA GIBSON,<br><br>Plaintiff,<br>v.<br><br>PLUM, PBC; HAIN CELESTIAL GROUP, INC.; GERBER PRODUCTS COMPANY; NURTURE, INC; BEECH-NUT NUTRITION COMPANY; AND SPROUT FOODS INC.,<br><br>Defendants. | Case No. 4:21-cv-01600-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**ORDER GRANTING STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE FROM JUNE 14 UNTIL JUNE 28, 2021**<br><br>[*Declaration of Dale J. Giali Filed Concurrently Herewith*] |

Pursuant to Civil Local Rule 6-2, plaintiffs AG, HG, and XG, individually and represented by their mother and guardian ad litem Valencia Gibson ("Plaintiffs"), and defendant Plum, PBC ("Plum"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, a petition is pending before the Judicial Panel on Multidistrict Litigation regarding actions with similar factual and legal assertions against Plum in MDL No. 2997, *In re: Baby Food Marketing, Sales Practices and Products Liability Litigation*;

WHEREAS, a hearing took place before the JPML on May 27, 2021, and the parties anticipate that the JPML's order will soon be issued;

WHEREAS, by the parties' stipulation and the court's order, a case management conference is currently set for June 14, 2021 at 2:00 p.m. (*see* ECF Nos. 39, 40);

WHEREAS, the parties to this action have met and conferred and have agreed that in the interest of judicial economy and to preserve the Court's and the parties' time and resources, the case management conference should be continued until no earlier than June 28, 2021, with a case management statement due seven (7) days prior to the rescheduled conference;

WHEREAS, Plum previously sought an extension of time to file its response to Plaintiffs' complaint, which was granted (*see* ECF Nos. 19, 26);

WHEREAS, Plaintiffs and Plum previously sought a modification to the briefing schedule on the pending motion to dismiss, which was granted (*see* ECF Nos. 37, 38);

WHEREAS, Plaintiffs and Plum previously sought a continuance of the case management conference, which was granted (*see* ECF Nos. 39, 40);

WHEREAS, the continuance to which the parties have now stipulated will not impact any previously scheduled dates in this matter other than those sought to be continued now;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action and through their respective counsel, subject to approval from the Court, that:

1. The case management conference in this action is continued to June 28, 2021, at

| | |
|---|---|
| 1 | 2:00 p.m.; and |
| 2 |     2.    The case management conference statement will be due June 21, 2021, or seven |
| 3 | (7) days prior to the case management conference; |

**IT IS SO STIPULATED.**

Dated: June 7, 2021

MAYER BROWN LLP
Dale J. Giali
Keri E. Borders

DECHERT LLP
Hope Freiwald (*pro hac vice*)
Mark Cheffo (*pro hac vice*)

by: /s/ *Dale J. Giali*
      Dale J. Giali

Attorneys for Defendants
PLUM, PBC

Dated: June 7, 2021

BAUM, HEDLUND, ARISTEI, AND GOLDMAN, P.C.
Pedram Esfandiary
Robert B. Wisner

by: /s/ *Pedram Esfandiary*
      Pedram Esfandiary

10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Email: pesfandiary@baumhedlundlaw.com
      rbwisner@baumhedlundlaw.com

Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED that**

1. The case management conference in this action is continued to June 28, 2021, at 2:00 p.m.; and
2. The case management conference statement will be due June 21, 2021, or seven (7) days prior to the case management conference.

Dated: June 11, 2021

**HON. YVONNE GONZALEZ ROGERS**