R. Brent Wisner (SBN: 276023)
rbwisner@baumhedlundlaw.com
Pedram Esfandiary (SBN 312569)
pesfandiary@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
Tel: (310) 207-3233
Fax: (310) 820-7444

*Attorneys for Plaintiffs AG; HG; and XG*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| AG; HG; and XG, individually and represented by their mother and guardian ad litem VALENCIA GIBSON,<br><br>Plaintiffs,<br><br>v.<br><br>PLUM, PBC; HAIN CELESTIAL GROUP, INC.; GERBER PRODUCTS COMPANY; NURTURE, INC; BEECH-NUT NUTRITION COMPANY; AND SPROUT FOODS INC.,<br><br>Defendants. | Case No. 4:21-cv-01600-LB<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL *WITHOUT PREJUDICE*** |

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41, Plaintiffs AG, HG and XG hereby voluntarily DISMISS *without prejudice* the above captioned action against Defendant PLUM, PBC. Defendant has not served an answer or a motion for summary judgment in this proceeding. Dismissal without prejudice is therefore appropriate without a court order. Fed. R. Civ. P. 41(a)(1)(A)(i) and (a)(1)(B).

DATED: June 17, 2021                Respectfully submitted,

                                    By: */s/ Pedram Esfandiary*
                                        Pedram Esfandiary, Esq.
                                        pesfandiary@baumhedlundlaw.com

                                    *Attorney for Plaintiffs AG; HG; and XG*

1

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL *WITHOUT PREJUDICE*